IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL DICKSON [AM-8787] | : | CIVIL ACTION |
| v. | : | |
| JOHN KERESTES, et al. | : | NO. 13-4020 |

FILED
FEB 1 0 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 10th day of February, 2014, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, and no objections having been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.
2. The Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED AS TIME BARRED** under 28 U.S.C. *2244(d)(1).

There is no probable cause to issue a certificate of appealability.

ENTERED
FEB 1 1 2014
CLERK OF COURT

BY THE COURT:

_____
L. FELIPE RESTREPO,          J.